August 22, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

FORMOSA MANAGEMENT, LLC, Appellant

NO. 14-13-00026-CV                    V.

TRINA WACASEY, Appellee

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on December 11, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by the party incurring such costs.

We further order the mandate be issued immediately.

We further order this decision certified below for observance.